STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH B. LYNCH, DEFENDANT-PETITIONER.

*Mr. Frank P. Lucianna* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.

June 10, 1960. Denied.

JANET BORG TOMKOVICH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE COORDINATED TRANSPORT, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Louis F. Stein, Jr.,* for the petitioners.

*Messrs. Budd, Larner & Kent* for the respondents.

June 23, 1960. Denied.